IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CRIMINAL NO.: 15-CR-20234 Cooke/Torres

UNITED STATES OF AMERICA     *

                                                              *

Vs.     *

       *

SALOMON BENDAYAN,     *

    Defendant     *

_____

## MOTION TO EXTEND RESTRICTION

AND NOW, this 2nd day of September, 2015, upon the application of Defendant Salomon Bendayan (Howard Brownstein, appearing), for a modification of the conditions of his pre-trial release, to which the Government (Michael Nadler, appearing) and PTS EDNY (Bianca Carter, appearing) does consent that his travel be permitted to The District of Connecticut, District of Pennsylvania, The District of Colombia and The Southern District of California specifically San Diego for business purposes only.

IT IS Further ORDERED that:

1. Mr. Bendayan shall coordinate all trips with the PTS EDNY Bianca Carter.
2. The Defendant shall supply a complete itinerary and reasons for each trip.
3. PTS EDNY Bianca Carter shall monitor every trip to assure it is only for business.

   All other conditions of bail will remain the same.

_____

HONORABLE MARCIA G. COOKE