AO 442 (Rev. 01/09) Arrest Warrant

*DEA 9773 031*

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

**SEALED**
UNITED STATES
MARSHALS SERVICE
APR 07 2015
701 Clematis Street Suite 215
West Palm Beach, FL 33401

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 15-20234-02-Cooke/Torres |
| SALOMON BENDAYAN, | ) | |
| Defendant. | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* SALOMON BENDAYAN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Conspiracy to commit money laundering, in violaiton of Title 18, United States Code, Section 1956.

FILED by _PG_ D.C.
SEP 29 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

Date: 4-7-15

*Issuing officer's signature*

City and state: Miami, Florida

Steven M. Larimore, Clerk of Court / Court Administrator
*Printed name and title*

### Return

This warrant was received on *(date)* 04-07-15, and the person was arrested on *(date)* 04-08-15
at *(city and state)* Brooklyn, NY by DEA.

Date: 07-02-15

BY: JOE GODSK, SDUSM, SD/FL
*Arresting officer's signature*

AMOS ROJAS JR., U.S. MARSHAL, SD/FL
*Printed name and title*

9773031